IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BURNETT McKINNEY, JR., *et al.* | § | |
| v. | § | CIVIL ACTION NO. 6:11cv61 |
| DYNAMIC ENVIRONMENTAL SERVICES, LLC, *et al.* | § | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED**, each party bearing its own costs.

**So ORDERED and SIGNED this 9th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**